IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 1:20-cv-960 |
| ) | |
| MICHAEL NEMETH, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

THIS MATTER comes before the Court on Defendant Michael Nemeth's Motion to Dismiss. The Court finds that the Complaint states a claim upon which recovery may be had. It is hereby

ORDERED that the Motion to Dismiss is DENIED.

CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
June 21, 2021